UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST GRIFFEN-EL,

   Plaintiff,

v.

              File no: 1:19-CV-855

KIM SHAFFER, et al.,

              HON. ROBERT J. JONKER

   Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 25, 2019 (ECF No. 5). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 5) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary relief are **STAYED** and this action is administratively closed.

**IT IS FURTHER ORDERED** that not later than thirty days afer all criminal matters are resolved and Plaintiff has exhausted any appeals related thereto, Plaintiff must file a motion to re-open this matter. Failure to timely do so may result in Plaintiff's remaining claims being dismissed.

Date: November 18, 2019      /s/ Robert J. Jonker
                     ROBERT J. JONKER
                     CHIEF UNITED STATES DISTRICT JUDGE